In the Matter of DUDLEY T. HILL, Appellant, against BOARD OF EDUCATION OF CENTRAL SCHOOL, DISTRICT No. 2 OF TOWNS OF GLENVILLE, SCHENECTADY COUNTY, AMSTERDAM, MONTGOMERY COUNTY, AND CHARLTON, SARATOGA COUNTY, Respondent.

Argued November 14, 1955; decided December 28, 1955.

*Richmond D. Moot* for appellant.

*Roy W. Peters* for respondent.

*Charles A. Brind, Jr., John P. Jehu, Elizabeth M. Eastman* and *George B. Farrington* for James E. Allen, Jr., Commissioner of Education of the State of New York, *amicus curiæ*, in support of respondent's position.

*Vandewater, Sykes, Heckler & Galloway, amicus curiæ*, in support of respondent's position.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.